**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sacramento Self-Help Housing, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **68-0217383** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1010 Hurley Way**<br>**Suite #500**<br>**Sacramento, CA 95825**<br>Number, Street, City, State & ZIP Code<br>**Sacramento**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**P O Box 188445**<br>**Sacramento, CA 95818**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.sacselfhelp.org** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6242**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor **Sacramento Self-Help Housing, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Filed 05/24/23 Case 23-21676 Doc 1

Debtor **Sacramento Self-Help Housing, Inc.** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

Debtor **Sacramento Self-Help Housing, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 / 24 / 2023
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**Dr. Ethan J. Evans**
Printed name

Title **Chair of the Board of Directors**

**18. Signature of attorney**

X [signature]
Signature of attorney for debtor

Date 5/24/23
MM / DD / YYYY

**Jason E. Rios**
Printed name

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
Firm name

**500 Capitol Mall**
**Suite 2250**
**Sacramento, CA 95814**
Number, Street, City, State & ZIP Code

Contact phone **(916) 329-7400** Email address **jrios@ffwplaw.com**

**190086 CA**
Bar number and State



Phone: (916) 341-0593
www.sacselfhelp.org

UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF SACRAMENTO SELF-HELP HOUSING, INC

The undersigned, representing all of the members of the Board of Directors of Sacramento Self-Help Housing, Inc. pursuant to Section 1400 of the California Corporations Code, hereby adopt and approve the following resolutions by written consent:

WHEREAS, the affairs of the business of this corporation have not been successfully conducted for several months and this corporation is unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that this Corporation file a voluntary petition for relief under Chapter 7 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California;

BE IT FURTHER RESOLVED, that Ethan J. Evans, Chairperson of the Board, or his designee, be and hereby is authorized to prepare the necessary Petition and by his/her single signature execute all necessary documents, including Schedule of Assets and Liabilities, and Statement of Financial Affairs and bind the Corporation thereby in the Chapter 7 case as the responsible officer of the Corporation.

BE IT FURTHER RESOLVED, that said Chairperson of the Board is authorized to engage the services of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP of Sacramento, California, and the firm is hereby retained to act on behalf of the corporation in connection with such proceeding.

BE IT FURTHER RESOLVED, that said Chairperson of the Board is authorized to pay Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP a retainer of $15,000 in connection with such proceeding.

BE IT FURTHER RESOLVED, that this Resolution may be signed in counterparts.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the last date signed below.

DATE: May 22, 2023

/s/ Ethan J. Evans
______________________________
Ethan J. Evans, Chairperson

DATE: May ___, 2023

______________________________
Martin Radosevich, Vice Chairperson



Phone: (916) 341-0593
www.sacselfhelp.org

UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF SACRAMENTO SELF-HELP HOUSING, INC

The undersigned, representing all of the members of the Board of Directors of Sacramento Self-Help Housing, Inc. pursuant to Section 1400 of the California Corporations Code, hereby adopt and approve the following resolutions by written consent:

WHEREAS, the affairs of the business of this corporation have not been successfully conducted for several months and this corporation is unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that this Corporation file a voluntary petition for relief under Chapter 7 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California;

BE IT FURTHER RESOLVED, that Ethan J. Evans, Chairperson of the Board, or his designee, be and hereby is authorized to prepare the necessary Petition and by his/her single signature execute all necessary documents, including Schedule of Assets and Liabilities, and Statement of Financial Affairs and bind the Corporation thereby in the Chapter 7 case as the responsible officer of the Corporation.

BE IT FURTHER RESOLVED, that said Chairperson of the Board is authorized to engage the services of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP of Sacramento, California, and the firm is hereby retained to act on behalf of the corporation in connection with such proceeding.

BE IT FURTHER RESOLVED, that said Chairperson of the Board is authorized to pay Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP a retainer of $15,000 in connection with such proceeding.

BE IT FURTHER RESOLVED, that this Resolution may be signed in counterparts.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the last date signed below.

DATE: May ___, 2023

_____________________________
Ethan J. Evans, Chairperson

DATE: May 22, 2023

[signature]
Martin Radosevich, Vice Chairperson



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023

Abbie Ann Totten — Digitally signed by Abbie Ann Totten Date: 2023.05.22 08:40:54 -07'00'

Abbie Totten, Secretary

DATE: May ___, 2023

______________________________
Bruce Lofgren, Treasurer

DATE: May ___, 2023

______________________________
Tim Stoecklein, Director

DATE: May ___, 2023

______________________________
Anne Brown, Director

DATE: May ___, 2023

______________________________
Josh Albert, Director

DATE: May ___, 2023

______________________________
Ted Cobb, Director

DATE: May ___, 2023

______________________________
Regina Vasquez, Director

DATE: May ___, 2023

______________________________
Fatemah Martinez, Director

DATE: May ___, 2023

______________________________
Ian McGlone, Director



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May , 2023

Abbie Totten, Secretary

DATE: May 22, 2023

Bruce Lofgren, Treasurer

DATE: May ___, 2023

Tim Stoecklein, Director

DATE: May ___, 2023

Anne Brown, Director

DATE: May ___, 2023

Josh Albert, Director

DATE: May , 2023

Ted Cobb, Director

DATE: May ___, 2023

Regina Vasquez, Director

DATE: May ___, 2023

Fatemah Martinez, Director

DATE: May ___, 2023

[illegible], Director


Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023 ______________________ Abbie Totten, Secretary

DATE: May ___, 2023 ______________________ Bruce Lofgren, Treasurer

DATE: May 21, 2023 ______________________ Tim Stoecklein, Director

DATE: May ___, 2023 ______________________ Anne Brown, Director

DATE: May ___, 2023 ______________________ Josh Albert, Director

DATE: May ___, 2023 ______________________ Ted Cobb, Director

DATE: May ___, 2023 ______________________ Regina Vasquez, Director

DATE: May ___, 2023 ______________________ Fatemah Martinez, Director

DATE: May ___, 2023 ______________________ Ian McGlone, Director



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023 ______________________ Abbie Totten, Secretary

DATE: May ___, 2023 ______________________ Bruce Lofgren, Treasurer

DATE: May ___, 2023 ______________________ Tim Stoecklein, Director

DATE: May 21, 2023 Anne Brown Anne Brown, Director

DATE: May ___, 2023 ______________________ Josh Albert, Director

DATE: May ___, 2023 ______________________ Ted Cobb, Director

DATE: May ___, 2023 ______________________ Regina Vasquez, Director

DATE: May ___, 2023 ______________________ Fatemah Martinez, Director

DATE: May ___, 2023 ______________________ Ian McGlone, Director



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023 ______________________________
Abbie Totten, Secretary

DATE: May ___, 2023 ______________________________
Bruce Lofgren, Treasurer

DATE: May ___, 2023 ______________________________
Tim Stoecklein, Director

DATE: May ___, 2023 ______________________________
Anne Brown, Director

DATE: May 22, 2023 ______________________________
Josh Albert, Director

DATE: May ___, 2023 ______________________________
Ted Cobb, Director

DATE: May ___, 2023 ______________________________
Regina Vasquez, Director

DATE: May ___, 2023 ______________________________
Fatemah Martinez, Director

DATE: May ___, 2023 ______________________________
Ian McGlone, Director


Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023 ______________________ Abbie Totten, Secretary

DATE: May ___, 2023 ______________________ Bruce Lofgren, Treasurer

DATE: May ___, 2023 ______________________ Tim Stoecklein, Director

DATE: May ___, 2023 ______________________ Anne Brown, Director

DATE: May ___, 2023 ______________________ Josh Albert, Director

DATE: May 21, 2023 [signature] Ted Cobb, Director

DATE: May ___, 2023 ______________________ Regina Vasquez, Director

DATE: May ___, 2023 ______________________ Fatemah Martinez, Director

DATE: May ___, 2023 ______________________ Ian McGlone, Director



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023 ______________________ Abbie Totten, Secretary

DATE: May ___, 2023 ______________________ Bruce Lofgren, Treasurer

DATE: May ___, 2023 ______________________ Tim Stoecklein, Director

DATE: May ___, 2023 ______________________ Anne Brown, Director

DATE: May ___, 2023 ______________________ Josh Albert, Director

DATE: May ___, 2023 ______________________ Ted Cobb, Director

DATE: May 22, 2023 Regina Vasquez [signature] Regina Vasquez, Director

DATE: May ___, 2023 ______________________ Fatemah Martinez, Director

DATE: May ___, 2023 ______________________ Ian McGlone, Director



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023 ______________________________
Abbie Totten, Secretary

DATE: May ___, 2023 ______________________________
Bruce Lofgren, Treasurer

DATE: May ___, 2023 ______________________________
Tim Stoecklein, Director

DATE: May ___, 2023 ______________________________
Anne Brown, Director

DATE: May ___, 2023 ______________________________
Josh Albert, Director

DATE: May ___, 2023 ______________________________
Ted Cobb, Director

DATE: May ___, 2023 ______________________________
Regina Vasquez, Director

DATE: May 22, 2023 ______________________________
Fatemah Martinez, Director

DATE: May ___, 2023 ______________________________
Ian McGlone, Director



Phone: (916) 341-0593
www.sacselfhelp.org

DATE: May ___, 2023

______________________________
Abbie Totten, Secretary

DATE: May ___, 2023

______________________________
Bruce Lofgren, Treasurer

DATE: May ___, 2023

______________________________
Tim Stoecklein, Director

DATE: May ___, 2023

______________________________
Anne Brown, Director

DATE: May ___, 2023

______________________________
Josh Albert, Director

DATE: May ___, 2023

______________________________
Ted Cobb, Director

DATE: May ___, 2023

______________________________
Regina Vasquez, Director

DATE: May ___, 2023

______________________________
Fatemah Martinez, Director

DATE: May 22, 2023

______________________________
Ian McGlone, Director